Joseph H. Harrington
United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Andrew Filak
Legal Intern
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 25 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS G. EDRIS,<br><br>Defendant. | Case No. 1:19-po-08054-MKD<br>1:19-CR-2019-MKD<br><br>INFORMATION SUPERSEDING CITATION<br><br>Vio: R.C.W. 46.61.502:<br>Driving Under the Influence<br>(Count 1)<br><br>R.C.W. 46.61.500:<br>Reckless Driving<br>(Count 2)<br><br>18 U.S.C. §§ 7(3) and 13:<br>Assimilative Crimes Act<br>(Counts 1 and 2) |

The United States Attorney charges:

### COUNT 1

On or about January 13, 2019, at the Yakima Training Center, in the Eastern District of Washington, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, Defendant Travis G. Edris drove a motor

INFORMATION SUPERSEDING CITATION – 1

vehicle while he was under the influence of intoxicating liquor, in violation of Section 46.61.502 of the Revised Code of Washington, and Title 18, United States Code, Sections 7(3) and 13.

## COUNT 2

On or about January 13, 2019, at the Yakima Training Center, in the Eastern District of Washington, on land acquired for the use of the United States and under the concurrent jurisdiction thereof, Defendant Travis G. Edris drove a motor vehicle in willful or wanton disregard for the safety of persons or property, in violation of Section 46.61.500 of the Revised Code of Washington, and Title 18, United States Code, Sections 7(3) and 13.

Dated this 25th day of April, 2019

Joseph H. Harrington
United States Attorney

*[signature]*

David M. Herzog
Assistant United States Attorney

*[signature]*

Andrew Pilak
Legal Intern

INFORMATION SUPERSEDING CITATION – 2