FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:19-cr-02019-SMJ |
| Plaintiff, | |
| v. | **ORDER REJECTING PLEA AGREEMENT** |
| TRAVIS G. EDRIS, | |
| Defendant. | |

A sentencing hearing occurred in the above-captioned matter on October 27, 2020 by videoconference with Defendant's consent. Defendant Travis G. Edris was present, represented by Jeremy Sporn. Third-year law student Emily Geddes, supervised by Assistant U.S. Attorney Richard Burson, appeared on behalf of the Government. At the hearing, the Court rejected the parties' Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement and advised Defendant of his right to withdraw his guilty plea, or continue the sentencing hearing to consider the matter or to confer further with his attorney. After so advising Defendant, the Court recessed the hearing and permitted Defendant to confer privately with his attorney.

Upon reconvening the hearing, Defendant notified the Court that he did not wish to withdraw his guilty plea and instead wished to proceed to sentencing

ORDER REJECTING PLEA AGREEMENT – 1

immediately. The Court confirmed with Defendant that he had an adequate opportunity to discuss the decision with his attorney, and thus proceeded to sentencing. A formal judgment memorializing the sentence the Court imposed will follow. This Order memorializes and supplements the Court's oral ruling concerning the rejection of the parties' plea agreement.

Based on its review of the factors set forth in 18 U.S.C. § 3553(a), the Court concludes that the plea agreement's contemplated sentence is less than necessary, and therefore insufficient, to reflect the seriousness of the offense, promote respect for the law, provide just punishment for the offense, afford adequate deterrence to criminal conduct, and protect the public from further crimes.

Accordingly, **IT IS HEREBY ORDERED**:

The parties' Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement, **ECF No. 73**, is **REJECTED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 29th day of October 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge